Salvador **ALEJANDRE–GONZALEZ,** Petitioner,

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 11–70568.

United States Court of Appeals, Ninth Circuit.

Submitted April 17, 2012.*

Filed April 18, 2012.

Brian Blender, Labrador Law Offices, Nampa, ID, for Petitioner.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

OIL, Mona Maria Yousif, Trial, Daniel Eric Goldman, Esquire, Senior Litigation Counsel, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: LEAVY, PAEZ, and BEA, Circuit Judges.

MEMORANDUM **

Salvador Alejandre–Gonzalez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's denial of his application for cancellation of removal. Our jurisdiction is governed by 8 U.S.C. § 1252. We dismiss the petition for review.

We lack jurisdiction to review the agency's discretionary determination that Alejandre–Gonzalez failed to show exceptional and extremely unusual hardship to his U.S. citizen children. 8 U.S.C. § 1252(a)(2)(B); *Mendez–Castro v. Mukasey*, 552 F.3d 975, 979 (9th Cir.2009).

Alejandre–Gonzalez's contention that the agency failed properly to consider and weigh all evidence of hardship does not raise a colorable due process claim. *Martinez–Rosas v. Gonzales*, 424 F.3d 926, 930 (9th Cir.2005).

**PETITION FOR REVIEW DISMISSED**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.